ELLEN F. ROSENBLUM
Attorney General
ROBERT E. SULLIVAN  #983539
Senior Assistant Attorney General
NATHANIEL AGGREY #172283
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Robert.Sullivan@doj.state.or.us
        Nathaniel.Aggrey@doj.state.or.us
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENNIS GINES,<br><br>        Plaintiff,<br><br>    v.<br><br>OREGON DEPARTMENT OF CORRECTIONS (ODOC), a political subdivision in charge of the Oregon State Penitentiary (OSP); COLETTE PETERS, Director, ODOC; JEFF PREMO, Superintendent, OSP; KEITH DAVIS, OSP Food Services Manager; RICHARD RIDDERBUSCH, OSP Assistant Food Services Manager; CARRIE COFFEY, OSP Health Services Manager; JULIE McCRAE, OSP Health Services Nurse; BRENDA MAGEE, OSP Health Services Nurse Manager; OREGON STATE BOARD OF NURSING (OSBN) a political subdivision of the executive branch of the State of Oregon; ROBERTA POOLE, OSBN Complaint Intake Coordinator,<br><br>        Defendants. | Case No. 6:17-cv-00841-SI<br><br>DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES<br><br>*JURY TRIAL DEMAND* |

Page 1 -   DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE
             DEFENSES - JURY TRIAL DEMAND
         RES/NA/BJC/jdi/8552439-v1

Defendants Colette S. Peters, Jeff Premo, Keith Davis, Richard Ridderbusch, Carrie Coffey, Julie McCrae, Brenda Magee, and Roberta Poole, respond to plaintiff's Complaint and admit, deny, and allege as follows:

1.

Admit that Colette S. Peters is the Governor appointed Director of the Oregon Department of Corrections (ODOC).

2.

Admit that ODOC employed Jeff Premo as Superintendent at the Oregon State Penitentiary in Salem and who is now retired.

3.

Admit that ODOC employed Keith Davis as Food Services Manager at OSP and who is now retired.

4.

Admit that ODOC employs Richard Ridderbusch as Assistant Food Services Manager at OSP.

5.

Admit that ODOC employs Carrie Coffey, R. N., as Medical Services Manager at OSP.

6.

Admit that ODOC employed Julie McCrae as an Institution Nurse until she resigned November 2015.

7.

Admit ODOC employs Brenden MaGee as Nurse Manager at OSP.

8.

Admit Roberta Poole is the Oregon State Board of Nursing Complaint Intake Coordinator.

Page 2 -   DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES - JURY TRIAL DEMAND
RES/NA/BJC/jdi/8552439-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

9.

Admit Dennis Gines, SID #12019691, is an adult admitted to the custody of ODOC on May 2, 2013, is currently housed at OSP, and has a tentative earliest release date of February 28, 2018.

10.

Except as expressly admitted herein, defendants lack sufficient information to respond to the remaining allegations in plaintiff's Complaint and therefore deny them.

11.

Defendants demand a jury trial on those claims for which a jury trial is available.

**FIRST AFFIRMATIVE DEFENSE:**
(Qualified immunity)

12.

Defendants incorporate herein the admissions, denials, and allegations set forth above.

13.

Defendants allege that at all times relevant to plaintiff's Complaint, they were acting in good faith and within their discretion pursuant to the laws and statutes of the State of Oregon and the United States, and defendants' conduct violated no clearly established statutory or constitutional rights of which a reasonable official would have knowledge.

**SECOND AFFIRMATIVE DEFENSE:**
(Failure to state a claim)

14.

Defendants incorporate herein the admissions, denials and allegations set forth above.

15.

Defendants allege that plaintiff has not been deprived of any right, privilege, or immunity secured by the Constitution, the laws of the United States or the State of Oregon and therefore

Page 3 -   DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE
           DEFENSES - JURY TRIAL DEMAND
           RES/NA/BJC/jdi/8552439-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

fails to state a claim under 42 U.S.C. §1983. *Daniels v. Williams,* 474 U.S. 327, 333, 106 S. Ct. 662, 666 (1986); see also *Davidson v. Cannon,* 474 U.S. 344, 106 S. Ct. 668, (1986).

### THIRD AFFIRMATIVE DEFENSE
(Prison Litigation Reform Act)

16.

Defendants incorporate herein the admissions, denials and allegations set forth above.

17.

Defendants assert all provisions of the Prison Litigation Reform Act, including the provision requiring exhaustion of administrative remedies, to plaintiff's claims.

### FOURTH AFFIRMATIVE DEFENSE
(Eleventh Amendment Immunity)

18.

Defendants incorporate herein the admissions, denials, and allegations set forth above.

19.

Defendants invoke their immunity from suit in federal court under the Eleventh Amendment. *NRDC v. California Dept. of Trans.*, 96 F.3d 420, 421 (9th Cir. 1996).

### FIFTH AFFIRMATIVE DEENSE
(Oregon Tort Claims Act (OTCA))

20.

Defendants incorporate herein the admissions, denials, and allegations set forth above.

21.

Defendants assert all provisions of the OTCA, including the provision requiring proper notice.

22.

Defendants reserve the right to assert additional defenses as may become known to them through investigation and discovery.

Page 4 -   DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE
          DEFENSES - JURY TRIAL DEMAND
          RES/NA/BJC/jdi/8552439-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## JURY DEMAND

23.

Defendants demand a jury trial pursuant to Fed. R. Civ. P. 38(b).

**WHEREFORE**, defendants pray for judgment herein denying plaintiff relief and granting defendants their costs, disbursements and attorney fees incurred in the defense hereof.

DATED October __12__, 2017.

    Respectfully submitted,

    ELLEN F. ROSENBLUM
    Attorney General


    _s/ Nathaniel Aggrey_
    ROBERT E. SULLIVAN #983539
    Senior Assistant Attorney General
    NATHANIEL AGGREY #172283
    Assistant Attorney General
    Trial Attorneys
    Tel (503) 947-4700
    Fax (503) 947-4791
    Robert.Sullivan@doj.state.or.us
    Nathaniel.Aggrey@doj.state.or.us
    Of Attorneys for Defendants

Page 5 -   DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES - JURY TRIAL DEMAND
           RES/NA/BJC/jdi/8552439-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on October  12 , 2017, I served the foregoing DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Dennis Gines | ___ HAND DELIVERY |
| SID #12019691 | _X_ MAIL DELIVERY |
| Oregon State Penitentiary | ___ OVERNIGHT MAIL |
| 2605 State Street | ___ TELECOPY (FAX) |
| Salem, OR  97310-0505 | ___ E-MAIL |
| Plaintiff Pro Se | ___ E-SERVE |

    *s/ Nathaniel Aggrey*
ROBERT E. SULLIVAN #983539
Senior Assistant Attorney General
NATHANIEL AGGREY #172283
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Robert.Sullivan@doj.state.or.us
Nathaniel.Aggrey@doj.state.or.us
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
    RS/cbh/8391395-v2

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791