ELLEN F. ROSENBLUM
Attorney General
ROBERT E. SULLIVAN  #983539
Senior Assistant Attorney General
NATHANIEL AGGREY #172283
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Robert.Sullivan@doj.state.or.us
            Nathaniel.Aggrey@doj.state.or.us

Attorneys for Defendants Oregon Department of Corrections, Oregon State Board Of Nursing, Coffey, Davis, Digiulio, Kelly, Magee, Mccrae, Peters, Poole; Premo and Ridderbusch

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENNIS GINES,<br><br>               Plaintiff,<br><br>      v.<br><br>OREGON DEPARTMENT OF CORRECTIONS (ODOC), a political subdivision in charge of the Oregon State Penitentiary (OSP); COLETTE PETERS, Director, ODOC; C. DIGIULIO, Medical Administrator, ODOC; BRANDON KELLY, Superintendent, OSP; JEFF PREMO, Superintendent, OSP; KEITH DAVIS, OSP Food Services Manager; RICHARD RIDDERBUSCH, OSP Assistant Food Services Manager; CARRIE COFFEY, OSP Health Services Manager; JULIE McCRAE, OSP Health Services Nurse; BRENDA MAGEE, OSP Health Services Nurse Manager; OREGON STATE BOARD OF NURSING (OSBN) a political subdivision of the executive branch of the State of Oregon; ROBERTA POOLE, OSBN Complaint Intake Coordinator,<br><br>               Defendants. | Case No.  6:17-cv-00841-SI<br><br>DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT<br><br>***JURY DEMAND*** |

RS/cbh/8839385-v1

Defendants Colette S. Peters, Brandon Kelley, Christopher DiGiulio, Jeff Premo, Keith Davis, Richard Ridderbusch, Carrie Coffey, Julie McCrae, Brenda Magee, and Roberta Poole, respond to plaintiff's Complaint and admit, deny, and allege as follows:

1.

Admit that Colette S. Peters is the Director of the Oregon Department of Corrections (ODOC).

2.

Admit that ODOC employed Jeff Premo as Superintendent at the Oregon State Penitentiary in Salem and who is now retired.

3.

Admit that ODOC employed Keith Davis as Food Services Manager at OSP and who is now retired.

4.

Admit that ODOC employs Brandon Kelley as the current Superintendent at OSP.

5.

Admit that ODOC employs Christopher DiGiulio as the acting Medical Director of ODOC.

6.

Admit that ODOC employs Richard Ridderbusch as Assistant Food Services Manager at OSP.

7.

Admit that ODOC employs Carrie Coffey, R. N., as Medical Services Manager at OSP.

8.

Admit that ODOC employed Julie McCrae as an Institution Nurse until she resigned November 2015.

RS/cbh/8839385-v1                          Department of Justice
                                    1162 Court Street NE
                                    Salem, OR 97301-4096
                              (503) 947-4700 / Fax: (503) 947-4791

9

Admit ODOC employs Brenden MaGee as Nurse Manager at OSP.

10.

Admit Roberta Poole is the Oregon State Board of Nursing Complaint Intake

Coordinator.

11.

Admit Dennis Gines, SID #12019691, is an adult admitted to the custody of ODOC on

May 2, 2013, is currently housed at OSP, and has a tentative earliest release date of

December 29, 2018.

12.

Except as expressly admitted herein, defendants lack sufficient information to respond to

the remaining allegations in plaintiff's Amended Complaint (Dkt. # 41), and therefore deny

them.

**Jury Demand**

13.

Defendants demand a jury trial on those claims for which a jury trial is available pursuant

to Fed. R. Civ. P. 38(b).

**FIRST AFFIRMATIVE DEFENSE:**
(Qualified immunity)

14.

Defendants incorporate herein the admissions, denials, and allegations set forth above.

15.

Defendants allege that at all times relevant to plaintiff's Complaint, they were acting in

good faith and within their discretion pursuant to the laws and statutes of the State of Oregon and

the United States, and defendants' conduct violated no clearly established statutory or

constitutional rights of which a reasonable official would have knowledge.

Page 3 -    DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
            AMENDED COMPLAINT

## SECOND AFFIRMATIVE DEFENSE:
(Failure to state a claim)

16.

Defendants incorporate herein the admissions, denials and allegations set forth above.

17.

Defendants allege that plaintiff has not been deprived of any right, privilege, or immunity secured by the Constitution, the laws of the United States or the State of Oregon and therefore fails to state a claim under 42 U.S.C. §1983. *Daniels v. Williams,* 474 U.S. 327, 333, 106 S. Ct. 662, 666 (1986); see also *Davidson v. Cannon,* 474 U.S. 344, 106 S. Ct. 668, (1986).

## THIRD AFFIRMATIVE DEFENSE
(Prison Litigation Reform Act)

18.

Defendants incorporate herein the admissions, denials and allegations set forth above.

19.

Defendants assert all provisions of the Prison Litigation Reform Act, including the provision requiring exhaustion of administrative remedies, to plaintiff's claims.

## FOURTH AFFIRMATIVE DEFENSE
(Eleventh Amendment Immunity)

20.

Defendants incorporate herein the admissions, denials, and allegations set forth above.

21.

Defendants invoke their immunity from suit in federal court under the Eleventh Amendment. *NRDC v. California Dept. of Trans.*, 96 F.3d 420, 421 (9th Cir. 1996).

Page 4 -    DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
         AMENDED COMPLAINT
RS/cbh/8839385-v1                          Department of Justice
                                           1162 Court Street NE
                                           Salem, OR 97301-4096
                                    (503) 947-4700 / Fax: (503) 947-4791

## FIFTH AFFIRMATIVE DEENSE
### (Oregon Tort Claims Act (OTCA))

22.

Defendants incorporate herein the admissions, denials, and allegations set forth above.

23.

Defendants assert all provisions of the OTCA, including the provision requiring proper

notice.

24.

Defendants reserve the right to assert additional defenses as may become known to them

through investigation and discovery.

**WHEREFORE**, defendants pray for judgment herein denying plaintiff relief and

granting defendants their costs, disbursements and attorney fees incurred in the defense hereof.

DATED May __4__, 2018.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


_s/ Nathaniel Aggrey_
ROBERT E. SULLIVAN #983539
Senior Assistant Attorney General
NATHANIEL AGGREY #172283
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Robert.Sullivan@doj.state.or.us
Nathaniel.Aggrey@doj.state.or.us
   Of Attorneys for Defendants Oregon
   Department of Corrections, Oregon State
   Board Of Nursing, Coffey, Davis, Digiulio,
   Kelly, Magee, Mccrae, Peters, Poole; Premo
   and Ridderbusch

RS/cbh/8839385-v1
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on May  4 , 2018, I served the foregoing DEFENDANTS' ANSWER AND

AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT upon the parties

hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Dennis Gines | ___ HAND DELIVERY |
| SID #12019691 | _X_ MAIL DELIVERY |
| Oregon State Penitentiary | ___ OVERNIGHT MAIL |
| 2605 State Street | ___ TELECOPY (FAX) |
| Salem, OR  97310-0505 | ___ E-MAIL |
|       Plaintiff Pro Se | ___ E-SERVE |

_s/ Nathaniel Aggrey_
ROBERT E. SULLIVAN #983539
Senior Assistant Attorney General
NATHANIEL AGGREY #172283
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Robert.Sullivan@doj.state.or.us
Nathaniel.Aggrey@doj.state.or.us
Of Attorneys for Defendants Oregon Department
   of Corrections, Oregon State Board Of
   Nursing, Coffey, Davis, Digiulio, Kelly,
   Magee, Mccrae, Peters, Poole; Premo and
   Ridderbusch

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791