```
 1  Dennis Gines
 2  S.ID. No: 12019691
 3  Oregon State Penitentiary
 4  2605 State Street
 5  Salem, Oregon 97310:
 6
 7  Attorney Appearing Pro Se Litigant :
 8
 9
10              IN THE UNITED STATES DISTRICT COURT
11
12                  FOR THE DISTRICT OF OREGON
13
14              ===================
```

FILED26 DEC '18 11:39USDC-ORP

|  |  |
|---|---|
| GINES DENNIS, , <br><br> Plaintiff, <br><br> Vs. <br><br><br> OREGON DEPARTMENT OF CORRECTIONS (ODOC), a political subdivision in charge of the Oregon State Penitentiary (OSP), COLETTE PETERS, Director (ODOC): BRANDON KELLY, Superintendent , OSP: JEFF PREMO, Superintendent OSP; KEITH DAVIS, OSP Food Services Manager: RICHARD RIDDERBUSCH, OSP Assistant Food Services Manager; DIGIVLIO, C. Medical Director of (ODOC); CARRIE COFFEY OSP Health Services Manager; JULIE McCRAE, OSP Health Nurse; BRENDA MAGEE, OSP Health Services Nurse Manager; OREGON STATE BOARD OF NURSING (OSBN) a political subdivision of the executive branch of the State of Oregon; GAVENAN KATE BRANIN OSBN Director; ROBERTA POOLE, OSBN Complaint Intake Coordinator, UNKOWN DEFNDANT'S, WHO AT THE TIME WAS INVOLVED BUT WAS UNABLE TO OBTAIN THIER NAMES. <br><br> Defendant's. | Case No. 6:17 – CV – 00841- SI : <br> Honorable : Michael H. Simon : <br> United States District Judge. <br><br><br><br><br> JURY TRIAL IS DEMANDED <br><br><br><br> 42. U.S.C. § 1983: |

PLAINTTIFS- MOTION FOR REPLY TO DEFENDANT'SMOTION FOR SUMMARYJUDGMENT

- under the rules provided under federal rules of civil procedure's, this plaintiff is requesting that the courts enter an order in favor of plaintiff, under the color of the law as to the rules and policy's ,are clear, and under facts of records by both party's in defendant's responses from the

Page # 1 - of - 2 -Pages : Plaintiffs Motion for Reply to Defendant's Summary Judgment Request :

1  Defendant's state issue's clear in support of this Plaintiff and how can you not agree that the rules
2  were not followed under the Oregon Administrative Rules in OAR: 291: as Department of
3  Corrections staff has to follow in context to the writing such and they have no out side the line
4  authority in order to do so or under Oregon Civil Litigation Laws are subjected to Punishment
5  under them as Individuals , not supported by the State in an Tort or Civil Action IF filed , as the
6  Records shows that The state Police were requested to step in and see about the issues, as an
7  Result, she no longer Works Here. In-support of this Action of an (1983), for Violations against
8  this Party, this Plaintiff ,

| 1st-Compensation for Damages – Injury's Done : |
| --- |
| 2nd – Compensation for Punitive Damages Done : |
| 3rd-Compensation for Deliberate Indifference of Prison Official's for which Damages could of been more limited if Prison Staff would of Followed the Rules and Policies in Division 291-under The Department of Corrections Rules and Policies. |
| 4th- Permanent Injunction Relief for Changes of not follow Standard Procedures for Issue of Conditions of Work areas as Proscribed By the Rules out Lined In The Department of Corrections Kitchen Work Areas Qualification See OAR: 291-061- Division: |

9
10  Under the Above in Incorporated with all stated Documents if you would read the Declarations done in
11  support of The Defendant's as shown that stated Plaintiff is correct in is issues and this should of never
12  happened. As this action would be just on completion of The Court issuing Orders to The Department of
13  Corrections Employees to address this issue and see to The Acts Requested as also requested in The
14  Paying of Court Costs and Litigation , and Attorney Fees if Party's Wish to Go to Trial .
15  This Plaintiff Requests that you The Courts Issue in Favor of This Plaintiff and Award Issues Requested
16  in this Action so as to change issues from Occurring Again as this Court Records Shows This Is Not The
17  Only Case That Was Presented Under Theses Similar Issues.
18  In-closed Documents in Support of, .
19  Respectively Submitted by, _Dennis Innes_.
20
21  Dated on This Date of, 12-20-18

Page # 2 - of - 2 -Pages : Plaintiffs Motion for Reply to Defendant's Summary Judgment Request :