ELLEN F. ROSENBLUM
Attorney General
ROBERT E. SULLIVAN  #983539
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Robert.Sullivan@doj.state.or.us

Attorneys for Defendants Oregon Department of Corrections, Oregon State Board Of Nursing, Coffey, Davis, Digiulio, Kelly, Magee, Mccrae, Peters, Poole; Premo and Ridderbusch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENNIS GINES,<br><br>        Plaintiff,<br><br>    v.<br><br>OREGON DEPARTMENT OF CORRECTIONS (ODOC), a political subdivision in charge of the Oregon State Penitentiary (OSP); COLETTE PETERS, Director, ODOC; C. DIGIULIO, Medical Administrator, ODOC; BRANDON KELLY, Superintendent, OSP; JEFF PREMO, Superintendent, OSP; KEITH DAVIS, OSP Food Services Manager; RICHARD RIDDERBUSCH, OSP Assistant Food Services Manager; CARRIE COFFEY, OSP Health Services Manager; JULIE McCRAE, OSP Health Services Nurse; BRENDA MAGEE, OSP Health Services Nurse Manager; OREGON STATE BOARD OF NURSING (OSBN) a political subdivision of the executive branch of the State of Oregon; ROBERTA POOLE, OSBN Complaint Intake Coordinator,<br><br>        Defendants. | Case No.  6:17-cv-00841-SI<br><br>SECOND MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE AND REPLY |

Page 1 -   SECOND MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE AND REPLY
      RS/cbh/9403935-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF CONFERRAL

Pursuant to L.R. 7-1(a)(1)(C), counsel for Defendants certifies that Plaintiff is not represented by counsel, and presently is in the custody of the Oregon Department of Corrections ("ODOC"), and is incarcerated at the Oregon State Penitentiary ("OSP") located in Salem, Oregon. Accordingly, the parties are unable to resolve this dispute without Court involvement.

## MOTION

The current deadline for Defendants' *Reply in Support of Summary Judgment* [Def's MSJ at #49; Pltf's Response at #64] and for Defendants' Response to Plaintiff's *Motion for Leave to File Amended Complaint* [Pltf's Motn at #63] is **January 18, 2019**. [ECF No. 67].

Defendants request an additional extension of **ten (10) days** to **Monday, January 28, 2019** to file responsive briefing. Undersigned counsel was unexpectedly required for reserve duty (Oregon Air National Guard) for two days this week and continuing to Tuesday and Wednesday (Jan 22-23, 2019) of next week. Apologies to the Court for the inconvenience and to Plaintiff for the delay. This motion is supported by the Declaration of Counsel filed concurrently, and is not brought for purposes of delay or any other improper purpose.

DATED January __18__, 2019.

                          Respectfully submitted,

                          ELLEN F. ROSENBLUM
                          Attorney General

                          *s/ Robert E. Sullivan*
                          ROBERT E. SULLIVAN #983539
                          Senior Assistant Attorney General
                          Trial Attorney
                          Tel (503) 947-4700
                          Fax (503) 947-4791
                          Robert.Sullivan@doj.state.or.us
                          Of Attorneys for Defendants Oregon Department of Corrections, Oregon State Board Of Nursing, Coffey, Davis, Digiulio, Kelly, Magee, Mccrae, Peters, Poole; Premo and Ridderbusch

Page 2 -    SECOND MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE AND REPLY
RS/cbh/9403935-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on January  18 , 2019, I served the foregoing SECOND MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE AND REPLY upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| **DENNIS GINES** | ___ HAND DELIVERY |
| **SID #12019691** | _X_ MAIL DELIVERY |
| Oregon State Penitentiary | ___ OVERNIGHT MAIL |
| 2605 State Street | ___ TELECOPY (FAX) |
| Salem, OR  97310-0505 | ___ E-MAIL |
| *Plaintiff Pro Se* | ___ E-SERVE |

      *s/ Robert E. Sullivan*
ROBERT E. SULLIVAN #983539
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Robert.Sullivan@doj.state.or.us
Of Attorneys for Defendants Oregon Department of Corrections, Oregon State Board Of Nursing, Coffey, Davis, Digiulio, Kelly, Magee, Mccrae, Peters, Poole; Premo and Ridderbusch

Page 1 -   CERTIFICATE OF SERVICE
          RS/cbh/8391395-v2

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791