ELLEN F. ROSENBLUM
Attorney General
ROBERT E. SULLIVAN  #983539
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Robert.Sullivan@doj.state.or.us

Attorneys for Defendants Oregon Department of Corrections, Oregon State Board Of Nursing, Coffey, Davis, Digiulio, Kelly, Magee, Mccrae, Peters, Poole; Premo and Ridderbusch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENNIS GINES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OREGON DEPARTMENT OF CORRECTIONS (ODOC), a political subdivision in charge of the Oregon State Penitentiary (OSP); COLETTE PETERS, Director, ODOC; C. DIGIULIO, Medical Administrator, ODOC; BRANDON KELLY, Superintendent, OSP; JEFF PREMO, Superintendent, OSP; KEITH DAVIS, OSP Food Services Manager; RICHARD RIDDERBUSCH, OSP Assistant Food Services Manager; CARRIE COFFEY, OSP Health Services Manager; JULIE McCRAE, OSP Health Services Nurse; BRENDA MAGEE, OSP Health Services Nurse Manager; OREGON STATE BOARD OF NURSING (OSBN) a political subdivision of the executive branch of the State of Oregon; ROBERTA POOLE, OSBN Complaint Intake Coordinator,<br><br>　　　　Defendants. | Case No.  6:17-cv-00841-SI<br><br>DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO EXTEND TIME |

Page 1 -　　DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO EXTEND TIME
　　　　　　RS/cbh/9403934-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

I, Robert E. Sullivan, hereby declare:

1. I am an attorney licensed to practice law in the State of Oregon and am an Assistant Attorney General for the State of Oregon.

2. I represent the individual defendants named in this case.

3. The current deadline for Defendants' Reply in Support of Motion for Summary Judgment [ECF Nos. 49, 64] is **January 18, 2019**. [ECF No. 67]

4. In addition, Plaintiff has filed a Third Amended Complaint, which is titled, "Motion for Leave to File Amended Compliant" [EFC No. 63], to which Defendants' Response is also due **January 18, 2019**. [ECF No. 67]

5. Defendants request an additional extension of **ten (10) days** to **Monday, January 28, 2019** to file responsive briefing.

6. Undersigned counsel was unexpectedly required for reserve duty (Oregon Air National Guard) for two days this week and continuing to Tuesday and Wednesday (Jan 22-23, 2019) of next week. Apologies to the Court for the inconvenience and to Plaintiff for the delay.

7. This request is made in good faith and not for the purposes of delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on January __18__, 2019.

                                            *s/ Robert E. Sullivan*
                                            ROBERT E. SULLIVAN
                                            Senior Assistant Attorney General

Page 2 -   DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO EXTEND TIME
RS/cbh/9403934-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on January  18 , 2019, I served the foregoing DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO EXTEND TIME upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| **DENNIS GINES** | ___ HAND DELIVERY |
| **SID #12019691** | _X_ MAIL DELIVERY |
| Oregon State Penitentiary | ___ OVERNIGHT MAIL |
| 2605 State Street | ___ TELECOPY (FAX) |
| Salem, OR  97310-0505 | ___ E-MAIL |
| *Plaintiff Pro Se* | ___ E-SERVE |

 

    *s/ Robert E. Sullivan*
ROBERT E. SULLIVAN #983539
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Robert.Sullivan@doj.state.or.us
Of Attorneys for Defendants Oregon Department of Corrections, Oregon State Board Of Nursing, Coffey, Davis, Digiulio, Kelly, Magee, Mccrae, Peters, Poole; Premo and Ridderbusch

Page 1 -   CERTIFICATE OF SERVICE
          RS/cbh/8391395-v2

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791